IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., ALAN L. MILLER JONATHAN BLAIR GARBER, and KEVIN P. STANTON, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08 CV 3693 |
| CITY OF EVANSTON, and LORRAINE H. MORTON, Mayor, | ) ) ) ) | Judge Aspen |
| Defendants. | ) ) | |

## NOTICE OF MOTION

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on the **31st** day of **July, 2008 at 10:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Marvin E. in Room 2568 of the United States District Court for the Eastern Division of Illinois, or whomever may be sitting in his place and stead, at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present: **Motion for Recusal**, a copy of which is attached hereto and hereby served upon you.

Respectfully Submitted,

**NATIONAL RIFLE ASSOCIATION
OF AMERICA, INC., JONATHAN BLAIR
GARBER, ALAN L. MILLER and
KEVIN P. STANTON,**
Plaintiffs


BY:___s/ William N. Howard_____
One of Their Attorneys

Local Counsel:
William N. Howard, Esq.
**FREEBORN & PETERS LLP**
311 S. Wacker Dr., Suite 3000
Chicago, Illinois   60606
(312) 360-6415


Stephen P. Halbrook, Esq.
10560 Main St., Suite 404
Fairfax, VA  22030
(703) 352-7276
(*Pro Hac Vice pending*)

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys of record for Plaintiffs, certifies that he caused a copy of this instrument referenced herein to be delivered to LaSalle Process Servers to obtain service upon the parties of record, as shown below, the **25rd** day of **July, 2008**:

| | |
|---|---|
| City of Evanston<br>c/o Lorraine H. Morton, Mayor or City Clerk<br>2100 Ridge Ave., Rm. 2500<br>Evanston, IL 60201 | Lorraine H. Morton, Mayor<br>City of Evanston<br>2100 Ridge Ave., Rm. 2500<br>Evanston, IL 60201 |

s/ William N. Howard

Local Counsel:
William N. Howard, Esq.
**FREEBORN & PETERS LLP**
311 S. Wacker Dr., Suite 3000
Chicago, Illinois 60606
(312) 360-6415


Stephen P. Halbrook, Esq.
10560 Main St., Suite 404
Fairfax, VA 22030
(703) 352-7276
(Pro Hac Vice pending)