# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 3693 |
| National Rifle Association of America, et al., | Judge Marvin E. Aspen |
| Vs. | |
| City of Evanston and Lorraine H. Morton, Mayor | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

City of Evanston, Lorraine H. Morton, Mayor

---

NAME (Type or print)
Jack M. Siegel

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
　　　　s/Jack M. Siegel

FIRM  Holland & Knight LLP

STREET ADDRESS  131 S. Dearborn Street, 30th Floor,

CITY/STATE/ZIP  Chicago, IL 60603

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  02599988 | TELEPHONE NUMBER  (312) 578-6530 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y

---

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL　　　　　　　　　APPOINTED COUNSEL