## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

National Rifle Association of America, Inc., et al.
          Plaintiff,

v.
          Case No.: 1:08−cv−03693
          Honorable Marvin E. Aspen

City of Evanston, et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 28, 2008:

    MINUTE entry before the Honorable Marvin E. Aspen dated 7/28/08:Defendants are to respond to plaintiffs' motion for recusal [8] on or before 8/11/2008. Plaintiffs are to reply by 8/15/2008. The motion hearing set for 7/31/08 is stricken. The status hearing set for 8/21/08 is reset to 8/28/08 at 10:30 a.m. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.