IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., ALAN L. MILLER JONATHAN BLAIR GARBER, and KEVIN P. STANTON,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF EVANSTON, and LORRAINE H. MORTON, Mayor,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 08 C 3693<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

TO:  SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on the **14th** day of **August, 2008**, we filed with the Clerk of the United States District Court, Northern District of Illinois, **Proof of Service of Summons and Complaint on Defendants, City of Evanston and Lorraine H. Morton**, a copy of which is attached hereto.

Respectfully Submitted,

**NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., JONATHAN BLAIR GARBER, ALAN L. MILLER and KEVIN P. STANTON,**
Plaintiffs

BY:  s/ William N. Howard
       One of Their Attorneys

Local Counsel:
William N. Howard, Esq.
**FREEBORN & PETERS LLP**
311 S. Wacker Dr., Suite 3000
Chicago, Illinois  60606
(312) 360-6415

Stephen P. Halbrook, Esq.
10560 Main St., Suite 404
Fairfax, VA  22030
(703) 352-7276
*Pro Hac Vice*

## CERTIFICATE OF SERVICE

The undersigned attorney states that he caused a true and correct copy of the **Proof of Service of Summons and Complaint on Defendants, City of Evanston and Lorraine H. Morton,** to be served upon the parties of record, as shown below, via the Court's CM/ECF on the **14th** day of **August, 2008**.

Jack M. Siegel
Holland & Knight LLP
131 South Deaborn St., 30th Floor
Chicago, IL 60603
(312) 578-6530
Email: jack.siegel@hklaw.com
*Atty. For Evanston / Mayor*


BY:    s/ William N. Howard

1604166v1

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NATIONAL RIFLE ASSOCIATION OF AMERICA,
et al.,
    Plaintiffs

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   08 C 3693

V.

ASSIGNED JUDGE:   MARVIN E. ASPEN

CITY OF EVANSTON, et al.
    Defendants.

DESIGNATED
MAGISTRATE JUDGE:   JEFFREY COLE

TO: (Name and address of Defendant)
CITY OF EVANSTON
C/O  LORRAINE H. MORTON, MAYOR
or RODNEY GREEN, City Clerk
2100 Ridge Ave., Rm. 2500
Evanston, IL   60201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William N. Howard, Esq.
FREEBORN & PETERS LLP
311 S. Wacker Dr., Suite 3000
Chicago, IL   60606

an answer to the complaint which is herewith served upon you, within  twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*)Cervantes*
--------------------------------
(By) DEPUTY CLERK



July 23, 2008
--------------------------------
Date

# Affidavit of Process Server

NRA, et al.  vs  Village of Morton Grove, et al.  08C3694
PLAINTIFF/PETITIONER    DEFENDANT/RESPONDENT    CASE #

Being duly sworn, on my oath, I __Walter Schwalm__,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __City of Evanston__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ __Summons and Complaint__

by serving (NAME) __Lorraine H. Morton__
at ☒ Home __2102 Darrow Evanston, Ill__
☐ Business _____
☒ on (DATE) (2) __7/24/08__ at (TIME) __9:00 a.m__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By (Personal Service.) __Lorraine H. Morton__
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address  ☐ Evading  ☐ Other: _____
☐ Address Does Not Exist  ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding  ☐ Unable to Serve in a Timely Fashion __Mayor not at office__

**Service Attempts:** Service was attempted on: (1) __7/24/08 8:45 am__
DATE TIME

**Description:**
☐ Male         ☐ White Skin    ☐ Black Hair    ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'     ☐ Under 100 Lbs.
☒ Female       ☒ Black Skin    ☒ Brown Hair    ☐ Balding      ☐ 21-35 Yrs.   ☐ 5'0"-5'3"    ☒ 100-130 Lbs.
               ☐ Yellow Skin   ☐ Blond Hair                   ☐ 36-50 Yrs.   ☒ 5'4"-5'8"    ☒ 131-160 Lbs.
               ☐ Brown Skin    ☐ Gray Hair     ☐ Mustache     ☒ 51-65 Yrs.   ☐ 5'9"-6'0"    ☐ 161-200 Lbs.
☐ Glasses      ☐ Red Skin      ☐ Red Hair      ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'      ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: __Short curly brown hair, wearing glasses__

State of Illinois    County of Cook

__Walter Schw__
SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me, __24__ day of __July__, 20__08__
a notary public, this

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

NATIONAL RIFLE ASSOCIATION OF AMERICA,
et al.,
    Plaintiffs

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 C 3693

V.

ASSIGNED JUDGE: MARVIN E. ASPEN

CITY OF EVANSTON and
LORRAINE H. MORTON, Mayor,
    Defendants.

DESIGNATED
MAGISTRATE JUDGE: JEFFREY COLE

TO: (Name and address of Defendant)
LORRAINE H. MORTON, MAYOR
City of Evanston
2100 Ridge Ave., Rm. 2500
Evanston, IL   60201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William N. Howard, Esq.
FREEBORN & PETERS LLP
311 S. Wacker Dr., Suite 3000
Chicago, IL   60606

an answer to the complaint which is herewith served upon you, within  twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

J. Cervantes

(By) DEPUTY CLERK



July 23, 2008

Date

# Affidavit of Process Server

| NRA, et al. | vs | Village of Morton Grove, et al. | 08C3694 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I **Walter Schwalm**
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Lorraine H. Morton**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

X **Summons and Complaint**

by serving (NAME) X **Lorraine H. Morton**

at X Home **2102 Darrow  Evanston, Ill.**

☐ Business

X on (DATE) ② **7/24/08** at (TIME) **9:00 a.m**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
X By Personal Service. **Lorraine H. Morton**
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading   ☐ Other: _____
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion **Mayor not at office**

**Service Attempts:** Service was attempted on: ① **7/24/08  8:45 a.m**

**Description:**
- ☐ Male  X Female
- X Black Skin  ☐ White Skin  ☐ Yellow Skin  ☐ Brown Skin  ☐ Red Skin
- ☐ Black Hair  X Brown Hair  ☐ Blond Hair  ☐ Gray Hair  ☐ Red Hair
- ☐ White Hair  ☐ Balding  ☐ Mustache  ☐ Beard
- ☐ 14-20 Yrs.  ☐ 21-35 Yrs.  ☐ 36-50 Yrs.  X 51-65 Yrs.  ☐ Over 65 Yrs.
- ☐ Under 5'  ☐ 5'0"-5'3"  X 5'4"-5'8"  ☐ 5'9"-6'0"  ☐ Over 6'
- ☐ Under 100 Lbs.  ☐ 100-130 Lbs.  X 131-160 Lbs.  ☐ 161-200 Lbs.  ☐ Over 200 Lbs.
- ☐ Glasses

OTHER IDENTIFYING FEATURES: **Short curly brown hair, wearing glasses**

State of Illinois   County of Cook

Subscribed and sworn to before me, a notary public, this **24** day of **July**, 20**08**

SERVED BY
LASALLE PROCESS SERVERS

**OFFICIAL SEAL**
**ANDREW RAPHAEL**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.