IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION, et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Case No. 08 C 3693 |
| CITY OF EVANSTON and LORRAINE H. MORTON, Mayor, | ) ) ) ) ) ) ) | Judge Aspen |
| Defendants. | ) | |

## NOTICE OF FILING

To:　William N. Howard, Esq.
Freeborn & Peters LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606

Stephen P. Halbrook, Esq
10560 Main Street, Suite 404
Fairfax, VA 22030

　　　PLEASE TAKE NOTICE that on August 18, 2008, I filed electronically with the Clerk of the United States District Court For the Northern District of Illinois Defendants' Motion to Dismiss Under Rule 12(b) of the Federal Rules of Civil Procedure and Memorandum in Support of Motion to Dismiss.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　City of Evanston, et al.,
　　　　　　　　　　　　　　　　　　　　　　　　Defendants

　　　　　　　　　　　　　　　　　　　　　　　　s/ Jack M. Siegel

　　　　　　　　　　　　　　　　　　　　　　　　Jack M. Siegel
　　　　　　　　　　　　　　　　　　　　　　　　Corporation Counsel,

City of Evanston
Holland & Knight LLP
131 S. Dearborn St., 30th Fl.
Chicago, IL 60603
(312) 578-6530

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a true and correct copy of the foregoing Notice of Filing together with Defendants' Defendants' Motion to Dismiss Under Rule 12(b) of the Federal Rules of Civil Procedure and Memorandum in Support of Motion to Dismiss were served electronically on the following attorneys:

:    William N. Howard, Esq.
Freeborn & Peters LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606

and via U.S. Mail on:

Stephen P. Halbrook, Esq
10560 Main Street, Suite 404
Fairfax, VA 22030

On August 18, 2008.

                                                s/Jack M. Siegel
                                                Jack M. Siegel

# 5549131_v1