# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of the Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 3693 |
| National Rifle Association of America, et al., | Judge Marvin E. Aspen |
| vs. | |
| City of Evanston and Lorraine H. Morton, Mayor | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

City of Evanston, Lorraine H. Morton, Mayor

| |
|---|
| NAME (Type or print) <br> Adam M. Kingsley |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Adam M. Kingsley |
| FIRM Holland & Knight LLP |
| STREET ADDRESS 131 S. Dearborn Street, 30th Floor |
| CITY/STATE/ZIP Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6207281 | TELEPHONE NUMBER 312-928-6027 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br> RETAINED COUNSEL        APPOINTED COUNSEL |